IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, Plaintiff, vs. KENDALL MILLER and LAWRENCE HENDERSON Defendant. | 8:18CR312 ORDER |
|---|---|

This matter is before the court on the Defendant Henderson's Unopposed Motion to Continue Trial [70]. Based on the reasons set forth in the motion, the court finds good cause has been shown and the motion should be granted. Accordingly,

**IT IS ORDERED** that the Defendant Henderson's Unopposed Motion to Continue Trial [70] is granted as follows:

1. The jury trial, **as to both defendants,** now set for February 4, 2020, is continued to **April 28, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 28, 2020,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 29th day of January 2020.

BY THE COURT:

s/Susan M. Bazis
United States Magistrate Judge