# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:18CR312 |
| vs. | |
| | ORDER |
| KENDALL MILLER, | |
| Defendant. | |

This matter is before the court on the defendant, Kendall Miller's Unopposed Motion to Continue Trial [96]. Counsel needs additional time due to sentencing of co-defendant. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [96] is granted, as follows:

1. The jury trial, now set for July 6, 2021, is continued to **September 7, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 7, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted without a hearing before the undersigned magistrate judge.**

**DATED: June 22, 2021.**

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge